**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HERIBERTO HERNANDEZ, | ) | CASE NO. 1:25-cv-01102 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | **OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| Defendant. | ) | |

On May 28, 2025, Plaintiff Heriberto Hernandez filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his application for Social Security Disability benefits. (ECF No. 1). On July 31, 2026, Magistrate Judge Amanda M. Knapp issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's decision. (ECF No. 13).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service. Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The R&R notified the parties, *inter alia*, that failure to file any objections within the 14-day period waives any subsequent review and may forfeit/waive any subsequent appeal. (ECF No. 13, PageID #814). As of the date of this Order, more than one month has passed and neither party has objected to the R&R.

Accordingly, the Court **ADOPTS** Magistrate Judge Knapp's R&R (ECF No. 13), incorporates it fully herein by reference, and **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED.**

Date: September 10, 2026

**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**